**Order entered March 27, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01431-CV

**SCOTT ALAN COPELAND, Appellant**

**V.**

**DIANE COPELAND, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-54524-2018**

## ORDER

Before the Court is appellant's March 26, 2019 second motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than April 26, 2019. We caution appellant that further extension requests will be disfavored.

/s/    KEN MOLBERG
        JUSTICE